# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 19, 2006

Clifford W. Taylor,
Chief Justice

129710-12

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

DAVID W. OIMAS,
          Plaintiff-Appellant,

v

SC: 129710-129712
COA: 247762, 248409, 255789
Oakland CC: 2000-024757-NZ
2003-047674-NZ

TRADEWINDS AVIATION, INC.,
          Defendant-Appellee,

and

RICHARD M. NINI,
          Defendant-Appellee.

_____/

      On order of the Court, the application for leave to appeal the July 19, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

      CAVANAGH, WEAVER, and KELLY, JJ., would grant leave to appeal.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 19, 2006

_____
Clerk

s0712